# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

NO. 2022 CW 0402

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

**APRIL 20, 2022**

---

In Re: Zurich American Insurance Company, Steadfast Insurance Company and American Guarantee & Liability Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE: HOLDRIDGE, PENZATO, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED ON THE SHOWING MADE.**

**AHP**
**CHH**

**Holdridge, J.**, dissents and would grant a brief stay of the proceedings in order to review the merits of the district court ruling. The writ application failed to include the transcript, and therefore, this court is unable to confirm the evidence admitted at the hearing. An exception of no right of action can be raised at any time in the district court or the court of appeal, and therefore, this court should decide the propriety of the denial of the exception prior to trial on the merits. La. Code Civ. P. arts. 928 and 2163.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT